IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHILLIP STARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-14-1414-L |
| | ) |
| OIL STATES ENERGY SERVICES, LLC, OIL STATES MANAGEMENT, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to the court's Order dated December 2, 2015 [Doc. No. 42], and noting that no entries of appearance on behalf of plaintiff have been filed by the deadline established by the court in that order, this action is hereby **dismissed without prejudice** due to plaintiff's failure to comply with the December 2, 2015 Order.

It is so ordered this 21st day of December, 2015.

_Tim Leonard_
TIM LEONARD
United States District Judge